# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-02-00709-CV

**River Crossing Improvement Association, Inc., Appellant**

**v.**

**Patricia C. Henry, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 24,078, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Appellee Patricia C. Henry filed a motion to dismiss stating that appellant River Crossing Improvement Association, Inc. has indicated that it will not pursue its appeal. Appellant and appellee then filed an agreed proposed order dismissing the appeal and assessing costs, including costs incurred by appellee for a copy of the transcript, against appellant. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed:   May 8, 2003